# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>WARRANT<br><br>DEFENDANT(S) | 2:21–mj–04263 |
| | **NOTICE TO FILER OF DEFICIENCIES IN CRIMINAL DUTY MATTERS E-FILING PILOT PROJECT CASE** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed case/document:

| 9/14/2021 | 1 | APPLICATION for Search Warrant |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT**

_ **NOT A PILOT PROJECT MATTER**
The document you filed is not included in the pilot project established by General Orders 19-01 and 20-13 and must, therefore, be manually filed. Please bring your document to a Clerk's Office Criminal Intake window for filing, where a new case will be opened. This case has been administratively closed. Documents filed in this case after the issuance of this notice will not be reviewed.

_ **INCORRECT OR NO CASE NUMBER ON DOCUMENT**
The caption of the document you filed indicates a case number different than that of the case in which you filed it. Please file, under the same case number, an amended document displaying the correct case number. Once the correction has been made, the case intake process will be completed. If no action is taken within thirty days, this case will be administratively closed.

_ **PROPOSED ORDER NOT SUBMITTED WITH APPLICATION**
If the application is to be reviewed by a magistrate judge, please e-mail a copy of the proposed order to the appropriate Magistrate Judge's Criminal Duty Chambers e-mail address (unless previously directed otherwise, the magistrate judge assigned to document duty the day the application was filed). If the application is to be reviewed by a district judge, please e-mail a copy of the proposed order to the assigned District Judge's Chambers e-mail address.

X **OTHER:** This warrant should be three different warrants. Search warrant cannot have more then one item. Please file the correct number of warrants.

Clerk, U.S. District Court

Date: September 14, 2021         By: /s/ *Johanie Banegas*
                                      Deputy Clerk

**CR-02 (10/20)    NOTICE TO FILER OF DEFICIENCIES IN CRIMINAL DUTY MATTERS E-FILING PILOT PROJECT CASE**